

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00372-CR

Scott Edward **WILSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12096
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED November 20, 2013.

_____
Karen Angelini, Justice